UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

DEBORAH HUGHES,
                            Plaintiff,

                                                        ORDER
     v.                                                10-CV-835A

ERIC K. SHINSEKI, SECRETARY,
UNITED STATES DEPARTMENT OF
VETERANS AFFAIRS,

                            Defendant.

---

        The above-referenced case was referred to Magistrate Judge H. Kenneth Schroeder, Jr., pursuant to 28 U.S.C. § 636(b)(1).  On November 7, 2011, Magistrate Judge Schroeder filed a Report and Recommendation, recommending that defendant's motion for judgment on the pleadings be granted

        The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties as well as the objections filed by plaintiff Deborah Hughes, Dkt. No. 22, even though the plaintiff again did not appear in Court for the hearing on her objections.  The plaintiff's objections are the same arguments she raised below before Magistrate Judge Schroeder.

        IT IS HEREBY ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge Schroeder 's Report and Recommendation, defendant's motion for judgment on the pleadings is granted.  The Clerk of Court shall take all steps necessary to close the case.

SO ORDERED.

*s/ Richard J. Arcara*
HONORABLE RICHARD J. ARCARA
UNITED STATES DISTRICT JUDGE

DATED: June 29, 2012